IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

IN RE CASES TO BE REASSIGNED

## ORDER

Attorney Josh Sanford appears on Judge Moody's recusal list. Accordingly, the Court directs the Clerk to assign these cases to another judge:

4:19-cv-00009-JM - Rainey v. MedPartners Inc et al
4:19-cv-00466-JM - Hays et al v. Briggs Rentals LLC et al
4:19-cv-00801-JM - Evans v. Remington Arms Company LLC
4:20-cv-00799-JM - Parker v. Salem Place Nursing and Rehabilitation Center Inc
4:21-cv-00429-JM - Banks et al v. Centene Management Company LLC et al
4:22-cv-00093-JM - Jackson v. Prairie County, Arkansas
3:22-cv-00080-JM - Ethridge v. Goodwin
4:23-cv-00307-JM - Brown v. Transco Lines Inc

Dated this 16th day of August, 2023.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE