IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA ex rel.**　　　　　　　　　　　**PLAINTIFFS**
**Crystal Rainey, and CRYSTAL RAINEY,**
**Individually**

vs.　　　　　　　　　　No. 4:19-cv-0009-BRW

**MEDPARTNERS, INC., MADISON**　　　　　　　　　　　　**DEFENDANTS**
**PHARMACY, INC., KATINA SIMMONS,**
**and KOSSIE SIMMONS,**

### PLAINTIFF'S UNOPPOSED MOTION FOR
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff and *qui tam* Relator Crystal Rainey, by and through her attorneys Daniel Ford and Josh Sanford of Sanford Law Firm, PLLC, in support of her Unopposed Motion for Voluntary Dismissal without Prejudice, does state as follows:

1.　Plaintiff Crystal Rainey filed her Complaint and Demand for Jury Trial on January 4, 2019. ECF No. 1.

2.　Under Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Crystal Rainey should be entitled to non-suit his claims.

3.　It is the desire of Plaintiff Crystal Rainey to voluntarily dismiss all of her claims currently pending in this case.

4.　Plaintiff Crystal Rainey hereby requests that the Court dismiss her claims without prejudice.

5.　Plaintiff's counsel has conferred with counsel for the United States of America, and they are unopposed to this Motion.

Page 1 of 2
U.S.A. ex rel. Rainey, et al. v. Medpartners, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:19-cv-9-BRW
**Plaintiff Crystal Rainey's Unopposed Motion for Voluntary Dismissal**

WHEREFORE, premises considered, Plaintiff Crystal Rainey respectfully requests that the Court dismiss this case without prejudice; and for all other good and proper relief to which she may be entitled, whether or not specifically requested herein.

    Respectfully submitted,

**UNITED STATES OF AMERICA *ex rel*. Crystal Rainey, and CRYSTAL RAINEY, individually, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
U.S.A. ex rel. Rainey, et al. v. Medpartners, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:19-cv-9-BRW
**Plaintiff Crystal Rainey's Unopposed Motion for Voluntary Dismissal**